UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERRILL GARDENS L.L.C.,<br><br>　　　　　Defendant. | Case No. 23-cv-05834-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c),[1] the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Walls v. Merrill Gardens, LLC*, No. 23-cv-05188-YGR.

**IT IS SO ORDERED.**

Dated: December 7, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[1] Counsel appearing for defendant in both actions is reminded of their obligation to comply with Civil Local Rule 3-12(b).