```
HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
KATHLEEN B. RONEY, SBN 268446
kroney@hansonbridgett.com
SAMANTHA A. BOTROS, SBN 317523
sbotros@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
MERRILL GARDENS L.L.C.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ELIAS ESCOBEDO, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRILL GARDENS L.L.C., a Washington limited liability company; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 4:23-cv-05834-YGR<br>*[Related to Case No. 4:23-cv-05188-YGR]*<br><br>**AMENDED NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Defendant MERRILL GARDENS, L.L.C. ("Defendant") has reason to believe the instant action, *Elias Escobedo v. Merrill Gardens, L.L.C.*, is related to the following actions:

1.    *Maria Bustos Ramirez v. Merrill Gardens, L.L.C.*, United States District Court for the Eastern District of California, Case No. 1:22-CV-00542-SAB (Consolidated with 1:22-CV-01042-SAB), pending before Magistrate Judge Stanley

1  A. Boone (the "*Ramirez* Class Action");

2  2.  *Elias Escobedo v. Merrill Gardens, L.L.C.*, Superior Court of California,

3  County of Contra Costa, Case No. C23-02412, pending before the Honorable Charles

4  S. Treat, Department 12 (the "*Escobedo* PAGA Action"); and

5  3.  *Jacob Chavoya v. Merrill Gardens, L.L.C.*, United States District Court for

6  the Eastern District of California, Case No. 1:24-cv-00268-BAM (the "*Chavoya*

7  Class Action").

8  In addition, the instant action has already been formally related to *Laquisha Monique Walls v. Merrill Gardens, LLC*, now pending before this Court as Case No. 4:23-cv-05188-YGR.

10  As the Court is aware, in the instant matter plaintiff Escobedo has alleged the following causes of action: (1) failure to pay overtime wages; (2) failure to provide meal period premiums; (3) failure to provide rest periods; (4) failure to pay minimum wages; (5) final wages not timely paid; (6) failure to timely pay wages during employment; (7) failure to provide compliant wage statements; (8) failure to keep payroll records; (9) failure to reimburse business expenses, and (10) unfair competition under California's UCL (Cal. Bus. & Prof. Code §§ 17200, *et seq*.). (Dkt. No. 1 at 20.)  Plaintiff seeks to represent a class made of all "hourly-paid or non-exempt employees" who worked for Defendant in California from September 5, 2019 on.  (*Id*. at 21.)

**The *Ramirez* Class Action**

The *Ramirez* Class Action is a class and representative action originally filed in Los Angeles County Superior Court on March 8, 2022.  Plaintiff through her Complaint sought to represent all nonexempt employees of Defendant who worked for Defendant in the state of California from 2018 through the date of preliminary approval.  (Dkt. No. 1 at 29.)  Plaintiff asserted the following eight causes of action: (1) failure to pay minimum wages; (2) failure to pay overtime compensation; (3) failure to provide meal periods; (4) failure to authorize and permit rest breaks; (5) failure to reimburse necessary business expenses; (6) failure to timely pay final wages at termination; (7) failure to provide accurate itemized wage statements; and (8) unfair competition under California's UCL. (Dkt. No. 1 at p. 20.)  Defendant subsequently removed the case to federal court (Dkt. No. 1), and Plaintiff filed an amended complaint adding a claim for civil penalties under PAGA, California

Labor Code §§ 2698 *et seq*. (Dkt. No. 21.)

On January 10, 2024, the Court granted plaintiff Ramirez's motion for preliminary approval of a complete settlement of the *Ramirez* Class Action and a consolidated case, *Holguin v. Merrill Gardens, LLC*, Case No. 1:22-CV-01042-SAB.

Defendant believes these matters to be related due to the fact both are filed against Defendant, there is significant overlap among the putative class members, near total overlap in the claims asserted, and the claims asserted involve similar questions of fact and of law.

### The *Escobedo* PAGA Action

The Complaint in the *Escobedo* PAGA Action alleges one cause of action for statutory penalties pursuant to the California Private Attorneys General Act ("PAGA"), Cal. Lab. § 2698, *et seq.*, based on the same alleged violations of California Labor Code that are at issue in the instant matter. Further, it is the same named Plaintiff and Defendant in both cases, the individuals whom plaintiff Escobedo seeks to represent in the *Escobedo* PAGA Action overlap with the putative class in the instant matter, and the claims asserted involve similar questions of fact and of law.

### The *Chavoya* Class Action

The *Chavoya* Class Action is a class action originally filed in Fresno County Superior Court on January 30, 2024. Defendant removed the case to the Eastern District of California on March 4, 2024, where it is now pending before Magistrate McAuliffe. No discovery or initial case management conference has occurred.

The Complaint in the *Chavoya* Class Action alleges nine causes of action: (1) failure to pay minimum wage and "straight time" wages; (2) failure to pay overtime; (3) failure to provide meal periods; (4) failure to authorize and permit rest breaks; (5) failure to timely pay final wages at termination; (6) failure to provide accurate itemized wage statements; (7) failure to reimburse necessary business expenses; (8) failure to produce requested employment records; and (9) unfair competition under California's UCL. (Dkt. No. 1 at 16.)

Defendant believes these matters to be related due to the fact both are filed against Defendant, there is significant overlap among the putative class members, near total overlap in the claims asserted, and the claims asserted involve similar questions of fact and of law.

1 | DATED: March 13, 2024 HANSON BRIDGETT LLP

By: */s/ Kathleen B. Roney*
DIANE MARIE O'MALLEY
KATHLEEN B. RONEY
SAMANTHA A. BOTROS
Attorneys for Defendant
MERRILL GARDENS L.L.C.